JUDGE EWING WERLEIN, JR.

Case Manager __Marilyn Flores__          Court Reporter __Heather Alcaraz__
Interpreter __Yes__

Time: __11:00 a.m.__ to __11:35 a.m.__          DATE __December 08, 2017__

---

## CR. No. H-17-450

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | Jay Hileman, AUSA |
| vs. | § § | |
| RUIYANG LI | § § | Marjorie Meyers, FPD |

---

## REARRAIGNMENT

__X__   Rearraignment held on Ct(s) __2 of the indictment.__

__X__   Dft enters a plea of GUILTY.

__X__   PLEA AGREEMENT. A formal plea agreement entered into and executed.
     __X__   Plea agreement contains a waiver of appeal rights

__X__   Order for PSI setting Disclosure and Sentencing dates signed.

__X__   Sentencing set __February 02, 2018__ at __10:40 a.m.__

__X__   Dft REMANDED to custody.

__X__   Terminate other settings and motions for this defendant